PHILLIPS, GREENBERG & HAUSER, L.L.P.
JERRY R. HAUSER, SBN. 111568
ERIK C. VAN HESPEN, SBN. 214774
Four Embarcadero Center, 39th Floor
San Francisco, California 94111
Telephone:    (415) 981-7777
Facsimile:    (415) 398-5786

Attorneys for Defendants
Mount & Stoelker, P.C. and Daniel S. Mount

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| C-ONE TECHNOLOGY & PRETEC ELETRONICS CORPORATION | No. C 08-02442 MEJ |
| Plaintiff(s), | **DECLINATION TO PROCEED BEFORE A MAGISTRATE JUDGE** |
| v. | **AND** |
| MOUNT & STOELKER, P.C. & DANIEL S. MOUNT, inclusive | **REQUEST FOR REASSIGNMENT TO A UNITED STATES DISTRICT JUDGE** |
| Defendant(s).                    / | |

REQUEST FOR REASSIGNMENT TO A UNITED STATES DISTRICT JUDGE

The undersigned party hereby declines to consent to the assignment of this case to a United

States Magistrate Judge for trial and disposition and hereby requests the reassignment of this case to

a United States District Judge.

Dated: July 7, 2008

Signature

Counsel for DEFENDANTS
(Plaintiff, Defendant, or indicate "pro se")

## PROOF OF SERVICE

*C-One Technology v. Mount & Stoelker*
United States District Court, Case No. C 08-02442 MEJ

The undersigned declares:  I am a resident of the United States and am employed in the City and County of San Francisco, State of California; I am over the age of eighteen years and not a party to the within action; my business address is Phillips, Greenberg & Hauser, LLP, Four Embarcadero Center, 39th Floor, San Francisco, California.  On the date indicated below, I served the following documents:

**DECLINATION TO PROCEED BEFORE A MAGISTRATE JUDGE AND REQUEST FOR REASSIGNMENT TO A UNITED STATES DISTRICT JUDGE**

by placing a true copy thereof enclosed in a sealed envelope and served in the manner described below to the interested parties herein and addressed to:

> Leodis Matthews
> Matthews & Partners
> 4322 Wilshire Blvd., Suite 200
> Los Angeles, CA 95110
> (323) 930-5693

**X**    **BY FIRST CLASS MAIL:**  By placing a true copy of each document listed above in (an) envelope(s) addressed as shown above, sealing the envelope(s) and placing them for collection and mailing, following ordinary business practices, at my employer's office on the date below written. to be deposited in the mail at my business address, I am readily familiar with this firm's business practice for collection and processing of correspondence for mailing with the United States Postal Service.  In the ordinary course of business such correspondence is deposited with the United States Postal Service at San Francisco, California, with first-class postage fully prepaid thereon, on the same day as I place it for collection and mailing.

I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made. I declare under penalty of perjury under the laws of the State of California that the forgoing is true and correct. Executed on July 7, 2008, at San Francisco, California.

Valerie Vitullo