IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

C-ONE TECHNOLOGY, et al.,                              No. C 08-2442 MEJ

       Plaintiffs,                                    **NOTICE OF IMPENDING REASSIGNMENT**

v.

MOUNT & STOELKER, P.C., et al.,

       Defendants.
_____/

The Clerk of this Court will now randomly reassign this case to a United States District Judge because either:

__x__ (1) One or more of the parties has requested reassignment to a United States District Judge, or

_____ (2) One or more of the parties has sought a kind of judicial action that a Magistrate Judge may not take without the consent of all parties, the necessary consents have not been secured, and time is of the essence.

_____ (3) One or more of the parties is without counsel and have not made the necessary consent to proceed before a Magistrate Judge within 30 days.

All previous hearing dates are hereby **VACATED.**

Dated: July 7, 2008

_____
Maria-Elena James
United States Magistrate Judge

_____
By: Brenda Tolbert, Deputy Clerk