| ATTORNEY OR PARTY WITHOUT ATTORNEY (Name and Address) | TELEPHONE NO. | FOR COURT USE ONLY |
|---|---|---|
| Leodis C. Matthews, SBN 109064 <br> 4322 Wilshire Blvd Ste 200 <br> Los Angeles   CA   90010 <br> ATTORNEY FOR (Name)   Plaintiff | | |

| Insert of Court Name of Judicial District and Branch Court if any |
|---|
| UNITED STATES DISTRICT COURT, NORTHERN DISTRICT OF CALIFORNIA |

| SHORT TITLE OF CASE |
|---|
| C-ONE TECHNOLOGY V. MOUNT & STOELKER |

| 1419533 | (HEARING) Date | Time | Dept | Case Number: <br> CV0802442(MEJ) |
|---|---|---|---|---|
| | | | | REFERENCE NO. <br> C-ONE TECHNOLOGY V. MOUNT |

## PROOF OF SERVICE OF SUMMONS

1. AT THE TIME OF SERVICE I WAS AT LEAST 18 YEARS OF AGE AND NOT A PARTY TO THIS ACTION

2. I SERVED COPIES OF THE:
   SUMMONS & COMPLAINT
   CIVIL CASE COVER SHEET
   ORDER SETTING INITIAL CASE MANAGEMENT CONFERENCE AND ADR
   DEADLINES; CASE MANAGEMENT STANDING ORDER; STANDING ORDER
   RE: DISCOVERY AND DISPUTE PROCEDURES FOR CASES ASSIGNED OR
   REFERRED TO MAG. JUDGE MARIA-ELENA JAMES
   BLANK CONSENT TO ASSIGNMENT OR REQUEST FOR REASSIGNMENT

3. A. PARTY SERVED:   Daniel S. Mount

   CAUCASIAN MALE 45YRS 5'9" 165LBS. BROWN HAIR
   B. PERSON SERVED: PARTY IN ITEM 3A

4. C. ADDRESS:   333 W San Carlos St Fl 17
   San Jose   CA   95110

5. I SERVED THE PARTY IN 3 A
   ON   7/2/2008   AT   1:25:00 PM
   A. BY PERSONALLY DELIVERING THE DOCUMENTS LISTED IN ITEM 2

6. THE "NOTICE TO PERSON SERVED" WAS COMPLETED AS FOLLOWS:
   A. ON BEHALF OF: AS AN INDIVIDUAL DEFENDANT
   Daniel S. Mount

UNDER THE FOLLOWING CODE OF CIVIL PROCEDURE SECTION : CCP 415.10

7a. Person Serving:   Michael   Kandefer
b. DDS Legal Support
   2900 Bristol St
   Costa Mesa, Ca 92626
c. (714) 662-5555

d. The fee for service was   $96.19
e. I am:
   (1)   not a registered California process server:
   (3) X   registered California process server:
      (i) Employee
      (i) Registration No:   1156
      (i) County:   SANTA CLARA

8. I declare under the penalty of perjury under the laws of the State of California that the foregoing is true and correct.

7/9/2008   Michael   Kandefer                                   X  /s/  SIGNATURE

Form Approved for Optional Use Judicial
Council of California
POS-010 [REV Jan 1 2007]

**PROOF OF SERVICE**

CRC 982(A)(23)