1  PHILLIPS, GREENBERG & HAUSER, L.L.P.
   JERRY R. HAUSER, SBN. 111568
2  ERIK C. VAN HESPEN, SBN. 214774
   Four Embarcadero Center, 39th Floor
3  San Francisco, California 94111
   Telephone:    (415) 981-7777
4  Facsimile:    (415) 398-5786

5  Attorneys for Defendants,
   MOUNT & STOELKER, A PROFESSIONAL CORPORATION;
6  DANIEL S. MOUNT

7

8                    UNITED STATES DISTRICT COURT

9                   NORTHERN DISTRICT OF CALIFORNIA

10                         SAN FRANCISCO DIVISION

11  C-ONE TECHNOLOGY; PRETEC              CASE NO.: CV 08-02442 PJH
    ELECTRONICS CORPORATION
12
                                          NOTICE OF MOTION AND MOTION
13                 Plaintiffs,            TO DISMISS FOR LACK OF FEDERAL
                                          JURISDICTION
14         -v-                                 FRCP § 12(b)(1)
    MOUNT & STOELKER, P.C.; DANIEL S.
15  MOUNT, inclusive,                     Date:    August 27, 2008
                                          Time:    9:00 am
16                 Defendants.            Ctrm.    3
    _____/

17

18         TO PLAINTIFFS AND THEIR ATTORNEY OF RECORD:

19         PLEASE TAKE NOTICE that on August 27, 2008 at 9:00 am, or soon thereafter as a matter

20  may be heard in the above entitled court, located at 450 Golden Gate Avenue, Courtroom 3, 17th

21  Floor, San Francisco, California, defendants Mount & Stoelker, P.C., and Daniel S. Mount will move

22  this court to dismiss the action pursuant to FRCP § 12(b)(1) for lack of jurisdiction on the grounds

23  that complete diversity jurisdiction between the parties does not exist because plaintiff Pretec

24  Electronics Corporation is a California Corporation and the defendants are California residents.

25         This motion is based upon this Notice of Motion, the Memorandum of Points and Authorities

26  filed herewith, the declaration of Jerry R. Hauser and the pleadings and papers filed herein.

27

28

1  DATE:  July 16, 2008				PHILLIPS, GREENBERG & HAUSER, L.L.P.
2
3						By: _____
						    JERRY R. HAUSER
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

NOTICE OF MOTION AND MOTION TO DISMISS FOR LACK OF FEDERAL JURISDICTION