| ATTORNEY OR PARTY WITHOUT ATTORNEY (Name and Address) | TELEPHONE NO. | FOR COURT USE ONLY |
|---|---|---|
| Leodis C. Matthews, SBN 109064<br>4322 Wilshire Blvd Ste 200<br>Los Angeles   CA   90010 | | |

ATTORNEY FOR (Name)

Insert of Court Name of Judicial District and Branch Court if any
UNITED STATES DISTRICT COURT, NORTHERN DISTRICT OF CALIFORNIA

SHORT TITLE OF CASE
C-ONE TECHNOLOGY V. MOUNT & STOELKER

| 1419570 | (HEARING) Date | Time | Dept | Case Number:<br>CV0802442(MEJ) |
|---|---|---|---|---|
| | | | | REFERENCE NO.<br>C-ONE TECHNOLOGY V. MOUNT |

## DECLARATION OF SERVICE

I, THE UNDERSIGNED, DECLARE UNDER PENALTY OF PERJURY THAT I WAS ON THE DATE HEREIN REFERRED TO OVER THE AGE OF 21 YEARS AND NOT A PARTY TO THE WITHIN ENTITLED ACTION, I SERVED THE:

SUMMONS & COMPLAINT
CIVIL COVER SHEET
ORDER SETTING INITIAL CASE MANAGEMENT CONFERENCE AND ADR DEADLINES; CASE MANAGEMENT STANDING ORDER; STANDING ORDER RE: DISCOVERY AND DISPUTE PROCEDURES FOR CASES ASSIGNED OR REFERRED TO MAG. JUDGE MARIA-ELENA JAMES; BLANK CONSENT TO REQUEST FOR REASSIGNMENT

ON: Mount & Stoelker, P.C.
    Dolores Martinez, agent for service

AT: 333 W San Carlos St Fl 17
    San Jose   CA   95110

IN THE ABOVE MENTIONED ACTION BY DELIVERING TO AND LEAVING WITH
    DOLORES MARTINEZ, AGENT FOR SERVICE

ON   6/27/2008   AT   12:00:00 PM

I DECLARE UNDER PENALTY OF PERJURY UNDER THE LAWS OF THE UNITED STATES OF AMERICA THAT THE FOREGOING INFORMATION CONTAINED IN THE RETURN OF SERVICE AND STATEMENT OF SERVICE FEES IS TRUE AND CORRECT.

7a. Person Serving:   Michael   Kandefer

b. DDS Legal Support
2900 Bristol St
Costa Mesa, Ca 92626

c. (714) 662-5555

d. The fee for service was   $55.00
e. I am:
  (1)   not a registered California process server:
  (3) X registered California process server:
       (i)
       (i) Registration No:   1156
       (i) County:   SANTA CLARA

8. I declare under the penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

7/14/2008   Michael   Kandefer     X   SIGNATURE

PROOF OF SERVICE