**LEODIS C. MATTHEWS (CBN NO. 109064)**
**E-MAIL: LMATTHEWS@LMATTYS.COM**
**MATTHEWS & PARTNERS**
4322 Wilshire Blvd., Suite 200
Los Angeles, California 90010

Telephone: (323) 930-5690
Facsimile: (323) 930-5693

Attorneys for Plaintiffs C-One/Pretec

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN FRANCISCO DIVISION**

| | |
|---|---|
| C-TECHNOLOGY; PRETEC ELECTRONIC CORPORATION,<br><br>Plaintiffs,<br><br>v.<br><br>MOUNT & STOEKLER, P.C.; DANIEL S. MOUNT, Inclusive,<br><br>Defendants. | Case No.: CV-08-02442 PJH<br><br>**DECLARATION OF LEODIS C. MATTHEWS IN SUPPORT OF RESPONSE TO FRCP, RULE 12 (B) (1) MOTION OF DEFENDANTS**<br><br>Date: September 17, 2008<br>Time: 9:00 am<br>Ctrm: Three |

I, Leodis C. Matthews, do hereby declare as follows:

1. That I am an attorney of record in the above captioned case and am admitted to practice before this Court and to Supreme Court of this State and the Supreme Court of the United States.

2. Since June 2007, I have represented C-One and Pretec before a Federal Court in the Northern District of California in litigation because of allegation arising from Patent Infringement allegations. Prior to the filing of the Complaint in the above captioned case, both of these matters were settled with the opposing parties.

3. During the time of my representation, there were no person(s) resident within the United States that was authorized to make decisions for either company. Pretec had been dissolved. The only person authorized to act for Pretec was located within and a resident of the Republic of China in Taiwan ("Taiwan"). The real party in interest for the plaintiff Pretec is Chiu Feng Chen, a resident and citizen of Taiwan at the time the complaint is this action was filed.

5. The injunction referenced by Mr. Hauser was in reference to a matter that arose from my filing of an Arbitration Action with the American Arbitration Association ("AAA") and which was assigned for resolution with the International Centre for Dispute Resolution by the AAA.

6. Neither C-One nor Pretec has been served as defendants in the above case and only special appearances were made on their behalf in the State Court. No declaration of service has been filed in the State Court and on behalf of both entities, I have asserted that there has been no legal service that requires their appearance before the State Court.

7. On their behalf, I have filed a Motion to Remove the State Court Action to this Federal Court because all of the same parties are involved and the claims all stem from the same factual basis.

I declare under the penalty of perjury in accordance with the laws of the United States of America that the foregoing is true and correct. Executed this 5th day of August 2008, in Los Angeles, California.

Leodis C. Matthews

DECLARATION OF LEODIS C. MATTHEWS - 2