LEODIS C. MATTHEWS (CBN NO. 109064)
E-MAIL: LMATTHEWS@LMATTYS.COM
MATTHEWS & PARTNERS
4322 Wilshire Blvd., Suite 200
Los Angeles, California 90010

Telephone: (323) 930-5690
Facsimile: (323) 930-5693

Attorneys for Plaintiffs C-One/Pretec

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

| | |
|---|---|
| C-TECHNOLOGY; PRETEC ELECTRONIC CORPORATION,<br><br>            Plaintiffs,<br><br>v.<br><br><br>MOUNT & STOEKLER, P.C.; DANIEL S. MOUNT, Inclusive,<br><br>            Defendants. | Case No.: CV-08-02442 PJH<br><br>DECLARATION OF CHIU FENG CHEN SUBMITTED IN SUPPORT OF RESPONSE TO FRCP, RULE 12 (B) (1) MOTION OF DEFENDANTS<br><br><br><br>Date: August 27, 2008<br>Time: 9:00 am<br>Ctrm: Three |

I, Chiu Feng Chen, do hereby declare as follows:

1. That I am a resident and citizen of the Republic of China in Taiwan, have lived in this country as my principal place of residence since the Certificate of

---

DECLARATION OF CHIU FENG CHEN - 1

Dissolution of Pretec was filed dissolving its corporate entity in the State of California.

2. Shortly before the dissolution of Pretec Electronics Corporation ("Pretec"), formerly a California Corporation, with its principal place of business in Fremont, California, I was the sole director and only shareholder. Pretec is no longer a viable corporate entity since the filing of the Certificate of Dissolution on November 28, 2006, when it was legally dissolved as a corporate entity within the State of California. Exhibit A to this declaration is a genuine copy of the corporate dissolution issued by the State of California which I signed on November 22, 2006.

3. I am the owner of all interests of Pretec and the only person who owned all of the interests of Pretec at the time of its dissolution. Pretec is continued in existence as an unincorporated entity of which I am the real party in interest of all rights of the formerly known entity, Pretec Electronic Corporation.

4. Since the dissolution of Pretec, I hold all of the former shares and am I am the only person authorized to deal with any aspects of the present entity. I have signed all of the settlement documents which arose from the litigation concerning Pretec in a Federal District Court in California.

5. Pretec had as its attorney, the law firm of Mount & Stoelker, and they were provided the Certificate of Dissolution when it was filed. Since, they corresponded with Pretec in Taiwan, sent their legal bills to Taiwan for payment and forwarded all legal documents that related to the previous District Court litigation to Taiwan, as they were aware the former California corporate entity of Pretec was dissolved.

6. I have not had any business dealings on behalf of any Pretec assets within the United States, which I hold as it's only and last shareholder, for over the past two years prior to the filing of the Complaint other than the legal matters and at the time of the filing of the above captioned legal action, I was and am still a resident and citizen of Taiwan.

DECLARATION OF CHIU FENG CHEN - 2

I declare under the penalty of perjury in accordance with the laws of the United States of America that the foregoing is true and correct. Executed this 30th day of July, 2008, in Hsinchu, Taiwan.

_____
Chiu Feng Chen

DECLARATION OF CHIU FENG CHEN - 3

# EXHIBIT A

Certificate Of Dissolution [Pretec]
Endorsed and Filed By the California Secretary of State
November 28, 2008

00830959

## State of California
### Secretary of State



I, BRUCE McPHERSON, Secretary of State of the State of California, hereby certify:

That the attached transcript of _2_ page(s) has been compared with the record on file in this office, of which it purports to be a copy, and that it is full, true and correct.



IN WITNESS WHEREOF, I execute this certificate and affix the Great Seal of the State of California this day of

NOV 2 8 2005

BRUCE McPHERSON
Secretary of State

Sec/State Form CE-107 (REV 03/31/05)

Protec USA) 華茂流量文件

00830959

**ENDORSED - FILED**
In the office of the Secretary of State
of the State of California

# CERTIFICATE OF DISSOLUTION

NOV 28 2006

CORPORATION NUMBER: D-1828248

CHIU FENG CHEN CERTIFIES THAT:

1. SHE IS THE DIRECTOR NOW IN OFFICE OF PRETEC ELECTRONICS CORP, A CALIFORNIA CORPORATION.

2. THE CORPORATION HAS BEEN COMPLETELY WOUND UP.

3. THE CORPORATION'S KNOWN DEBTS AND LIABILITIES HAVE BEEN ACTUALLY PAID.

4. THE CORPORATION'S KNOWN ASSETS HAVE BEEN DISTRIBUTED TO THE PERSONS ENTITLED THERETO.

5. A FINAL FRANCHISE TAX RETURN, AS DESCRIBED BY SECTION 23332 OF THE REVENUE AND TAXATION CODE, HAS BEEN OR WILL BE FILED WITH THE FRANCHISE TAX BOARD AS REQUIRED UNDER PART 10.2(COMMENCING WITH SECTION 18401) OF DIVISION 2 OF THE REVENUE AND TAXATION CODE.

6. THE ELECTION TO DISSOLVE WAS MADE BY THE VOTE OF ALL THE OUTSTANDING SHARES.

7. THE CORPORATION IS DISSOLVED.

I FURTHER DECLARE UNDER PENALTY OF PERJURY UNDER THE LAWS OF THE
STATE OF CALIFORNIA THAT THE MATTERS SET FORTH IN THIS CERTIFICATE
ARE TRUE AND CORRECT OF MY OWN KNOWLEDGE.


DATE: 11/22/06

CHIU FENG CHEN, DIRECTOR

