UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

C-One Technology & Pretec Electronics

          Plaintiff(s),

          v.

Mount & Stoelker, PC & Daniel Mount

          Defendant(s).
_____/

Case No. CV 08 2442 PJH

ADR CERTIFICATION BY PARTIES
AND COUNSEL

      Pursuant to Civil L.R. 16-8(b) and ADR L.R. 3-5 (b), each of the undersigned certifies that he or she has:

      **(1)** Read the handbook entitled *"Dispute Resolution Procedures in the Northern District of California"* on the Court's ADR Internet site www.adr.cand.uscourts.gov  *(Limited printed copies are available from the clerk's office for parties in cases not subject to the court's Electronic Case Filing program (ECF) under General Order 45);*

      **(2)** Discussed the available dispute resolution options provided by the Court and private entities; and

      **(3)** Considered whether this case might benefit from any of the available dispute resolution options.

Dated:_____

                                                                 _____
                                                                 [Party]

Dated: 08/15/2008

                                                                 [Counsel]
                                                                 COUNSEL FOR DEFENDANTS