1
2
3
4
5
6

Leodis C. Matthews [SBN 109064]
LMATTHEWS@LMATTYS.COM
D. P. Sindicich [SBN 78162]
(OF COUNSEL)
JURPYTHON@ROADRUNNER.COM
**MATTHEWS & PARTNERS**
4322 WILSHIRE BOULEVARD, SUITE 200
LOS ANGELES, CALIFORNIA 90010-3792
TELEPHONE: 323.930.5690
FACSIMILE: 323.930.5693

7  Attorneys For:  PLAINTIFF
   C-ONE TECHNOLOGY
8  & PRETEC ELECTRONICS CORPORATION.

9

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

## SAN FRANCISCO DIVISION

| C-ONE TECHNOLOGY & PRETEC ELECTRONICS CORPORATION | CASE NUMBER: CV 08-02442 PJH |
|---|---|
| Plaintiff | CERTIFICATION OF INTERESTED ENTITIES OR PERSONS |
| - Vs - | |
| MOUNT & STOELKER, P.C., & Daniel S. Mount, inclusive | |
| Defendant. | |

TO: THE COURT AND ALL PARTIES APPEARING OF RECORD:

Pursuant to Civil L.R. 3-16, the undersigned certifies that the following listed persons, associations of persons, firms, partnerships, corporations (including parent corporations) or other entities (i) have a financial interest in the subject matter in controversy or in a party tot he proceeding, or (ii) have a non-financial interest in that subject matter or in a party that could be substantially affected by the outcome of this proceeding.

---

**CERTIFICATION OF INTERESTED ENTITIES OR PERSONS**

| | **PARTY** | **CONNECTION** |
|---|---|---|
| 1. | C-One Technology, a Taiwanese Corporation | Plaintiff |
| 2. | Chiu Feng Chen, an individual citizen and resident of the Country of Taiwan | Real Party in Interest for Pretec Electronics, a dissolved California Corporation |

////

////

Respectfully Submitted,

Matthews & Partners

Date: August 15, 2008    By: _____

Leodis C. Matthews
Attorneys for Plaintiffs