# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

C-ONE TECHNOLOGY,

    Plaintiff(s),                         No. C 08-2442 PJH

  v.                                  **CLERK'S NOTICE**

MOUNT AND STOELKER,

    Defendant(s).
_____/

MOUNT AND STOELKER,

    Plaintiff(s),                         No. C 08-3660 PJH

  v.

C-ONE TECHNOLOGY,

    Defendant(s).
_____/

YOU ARE HEREBY NOTIFIED that on **December 11, 2008** at **2:30 p.m.**, in Courtroom No. 3 on the 17th floor of the Federal Building, 450 Golden Gate Avenue, San Francisco, California, the HONORABLE PHYLLIS J. HAMILTON will conduct a Case Management Conference, in these matters. A joint case management conference statement shall be filed by December 4, 2008.

                                          Richard W. Wieking
                                          Clerk, U.S. District Court

by:_____
Nichole Heuerman, Deputy Clerk
Honorable Phyllis J. Hamilton
(415) 522-2023

Dated: August 26, 2008