Leodis C. Matthews [SBN 109064]
LEESQ@AOL.COM
D. P. Sindicich [SBN 78162]
(OF COUNSEL)
JURPYTHON@ROADRUNNER.COM
**MATTHEWS & PARTNERS, P.C.**
4322 WILSHIRE BOULEVARD, STE 200
LOS ANGELES, CALIFORNIA 90010-3792
TELEPHONE: 323.930.5690
FACSIMILE: 323.930.5693

Attorneys For: PLAINTIFF
C-ONE TECHNOLOGY
& PRETEC ELECTRONICS CORPORATION.

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

| | |
|---|---|
| C-ONE TECHNOLOGY & PRETEC ELECTRONICS CORPORATION<br><br>**Plaintiff**<br><br>- Vs -<br><br>MOUNT & STOELKER, P.C., & **Daniel S. Mount**, inclusive<br><br>**Defendant.** | CASE NUMBER:  C 08-2442 PJH<br>RELATED CASE:  C 08-3660 RMW<br><br>NOTICE OF MOTION AND MOTION TO CONSOLIDATE CASE NO C 08-2442 PJH WITH RELATED CASE NO. C 08-3660 RMW<br><br>FRCP RULE 42(A)<br><br>Date:       October 1, 2008<br>Time:      9:00 AM<br>Courtroom: 3 |

////

////

---

NOTICE OF MOTION AND MOTION TO CONSOLIDATE CASES
C-ONE TECHNOLOGY ET AL -V- MOUNT & STOELKER ET AL
Case No. C 08-2442 PJH
Related Case No. C 08-3660 RMW

1  **To All Parties And To Their Respective Attorneys of Record:**

2  **Please Take Notice That** on October 1, 2008 at 9:00 AM or as soon thereafter as
3  the matter may be heard in Courtroom 3 of the above-entitled Court located at 450 Golden
4  Gate Avenue, 17th Floor, San Francisco, California, 94102 Plaintiffs C-One Technology and
5  Pretec Electronics will move this Court for an Order Consolidating Related Cases **C-08-2442**
6  **PJH** and **C 08-3660** RMW pursuant to Fed. Rule of Civ. Proc., Rule 42(a) on the ground that
7  the cases involve common issues of law and fact, concern substantially the same parties, and
8  will as a result of the requested consolidation avoid any unnecessary costs, delay, or
9  conflicting result.

10  This motion is based upon this Notice of Motion, the Memorandum of Points and
11  authorities filed herewith, the declaration of Leodis C. Matthews, and the pleadings and papers
12  on file herein, in particular the Order of August 14, 2008 declaring the above-mentioned cases
13  related.

14  / / / /
15  / / / /

16                                          Matthews And Partners, P.C.

18  Dated:      August 27, 2008

21                                          _____
                                            Leodis C. Matthews

27  NOTICE OF MOTION AND MOTION TO CONSOLIDATE CASES
28  C-ONE TECHNOLOGY ET AL -V- MOUNT & STOELKER ET AL
    Case No. C 08-2442 PJH
    Related Case No. C 08-3660 RMW

- 2 -