1  Leodis C. Matthews [SBN 109064]
   Leesq@aol.com
2  D. P. Sindicich [SBN 78162]
   (Of Counsel)
3  JurPython@roadrunner.com
   Matthews & Partners, P.C.
4  4322 Wilshire Boulevard, Ste 200
   Los Angeles, California 90010-3792
5  Telephone: 323.930.5690
   Facsimile: 323.930.5693
6

7  Attorneys For:   Plaintiff
   C-One Technology
8  & Pretec Electronics Corporation.

9

   United States District Court
10 Northern District Of California
   San Francisco Division
11

12

13 C-One Technology & Pretec    Case Number:   C 08-2442 PJH
   Electronics Corporation      Related Case:  C 08-3660 RMW

14                 Plaintiff

                                Declaration Of
15                              Leodis C. Matthews
                                In Support Of
16                              Motion To Consolidate
                                Case No C 08-2442 PJH
17       - Vs -                 With Related
                                Case No. C 08-3660 RMW
18

19

20 Mount & Stoelker, P.C., & Daniel S.
   Mount, inclusive

21
                 Defendant.
                                Date:      October 1, 2008
22                              Time:      9:00 AM
                                Courtroom: 3
23

24 ////

25 ////

26

27 ─────────────────────────────────────────────────────
   Declaration of Leodis C. Matthews In Support Of Motion To Consolidate Cases
28 C-One Technology et al -v- Mount & Stoelker et al
   Case No. C 08-2442 PJH
   Related Case No. C 08-3660 RMW

I, Leodis C. Matthews, declare and affirm as follows:

1. I am an attorney at law admitted to practice before this Court, the Supreme Court of this State, the United States Supreme Court, senior member of the law firm of Matthews and Partners, a Professional Corporation and attorneys for C-One Technology and Pretec Electronics, and that I have been lead counsel in this case since its inception.

2. The separate complaints filed in the two actions involve the exact same underlying facts, is a dispute between the same parties who are represented by the same attorneys of record. The Remand Action is based upon a complaint for declaratory judgment requesting the State Court to decide rights, obligations and duties between the parties based upon their previous relationship and rights to an arbitration of their dispute. The Federal Court Action is for causes of action based upon the rights, obligations and duties of the same parties arising from their previous relationship and involving the same facts during this exact same time frame.

3. Attached hereto, marked for identification as "Exhibit A" and incorporated herein by this reference is a true copy of the Order of this Court dated August 14, 2008 which declared Case Nos. C 08-2442 PJH and C 08-3660 RMW to be related cases.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on August 27, 2008 in the City of Los Angeles, State of California.

_____
Leodis C. Matthews

DECLARATION OF LEODIS C. MATTHEWS IN SUPPORT OF MOTION TO CONSOLIDATE CASES
C-ONE TECHNOLOGY ET AL -V- MOUNT & STOELKER ET AL
Case No. C 08-2442 PJH
Related Case No. C 08-3660 RMW

- 2 -

Exhibit "A"
To Declaration of Leodis C. Matthews
In Support of Motion To Consolidate

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

C-ONE TECHNOLOGY,

Plaintiff,

v.

MOUNT AND STOELKER,

Defendant.

No. C 08-2442 PJH
No. C 08-3660 RMW

**ORDER RELATING CASES**

An order of referral for the purposes of determining relationship was recently filed in Mount & Stoelker v. C-One Technology, C 08-3660 RMW, as well as the earlier-filed instant action. Having reviewed the complaints filed in both actions, this court has determined that the later-filed action is related to the instant action, since both actions concern substantially the same parties, property, transaction or event, and it furthermore appears likely that there will be an unduly burdensome duplication of labor and expense or conflicting results if the cases are conducted before different Judges. See Civ. L. R. 3-12 (a, b). Accordingly, and in view of this relatedness, the later-filed case is hereby REASSIGNED to the undersigned.

With respect to the recently filed motion for remand that is pending in later-filed Case No. 08-3660, this motion shall be heard instead by the undersigned, in conjunction with the motion to dismiss that is pending in Case No. 08-2442. The hearing date with respect to *both* motions is furthermore CONTINUED to October 1, 2008, in Courtroom 3, 17th Floor, Federal Building, 450 Golden Gate Avenue, San Francisco, California 94102. The opposition and reply briefs with respect to the motion to remand shall be filed in accordance

1 | with the schedule set forth in Civil L.R. 7-3.

2

3 | **IT IS SO ORDERED.**

4 | Dated: August 14, 2008

PHYLLIS J. HAMILTON
United States District Judge