1  Leodis C. Matthews [SBN 109064]
   LEESQ@AOL.COM
2  D. P. Sindicich [SBN 78162]
   (OF COUNSEL)
3  JURPYTHON@ROADRUNNER.COM
   **MATTHEWS & PARTNERS, P.C.**
4  4322 WILSHIRE BOULEVARD, STE 200
   LOS ANGELES, CALIFORNIA 90010-3792
5  TELEPHONE: 323.930.5690
   FACSIMILE: 323.930.5693
6

7  Attorneys For: PLAINTIFF
   C-ONE TECHNOLOGY
8  & PRETEC ELECTRONICS CORPORATION.

9
                    **UNITED STATES DISTRICT COURT**
10                   **NORTHERN DISTRICT OF CALIFORNIA**
                        **SAN FRANCISCO DIVISION**
11

12

13 | C-ONE TECHNOLOGY & PRETEC ELECTRONICS CORPORATION | CASE NUMBER:    C 08-2442 PJH |
   | | RELATED CASE:   C 08-3660 RMW |

14              **Plaintiff**

15                                          [PROPOSED] ORDER
                                            CONSOLIDATING
                                            CASE NO C 08-2442 PJH
16                                          WITH RELATED
                                            CASE NO. C 08-3660 RMW
17              - Vs -

18

19

20  MOUNT & STOELKER, P.C., & Daniel S.
    Mount, inclusive
                                            Date:       October 1, 2008
21              **Defendant.**              Time:       9:00 AM
                                            Courtroom:  3
22
   _____
23
   / / / /
24
   / / / /
25

26
   _____
27
   [PROPOSED] CONSOLIDATING CASE NOS. C 08-2442 PJH AND C 08-3660 RMW
28 C-ONE TECHNOLOGY ET AL -V- MOUNT & STOELKER ET AL
   Case No. C 08-2442 PJH
   Related Case No. C 08-3660 RMW

1   This motion for consolidation of cases C 08-2442 PJH and C 08-3660 RMW came on regularly for hearing on October 1, 2008 in Courtroom 3 of the above-entitled Court, the Honorable Phyllis J. Hamilton, presiding. The parties C-One Technologies and Pretec Electronics, and Mount and Stoelker, a Professional Corporation, and Daniel S, Mount appearing by and through their respective attorneys of record - the law firms of Matthews and Partners, P.C., and Philips, Greenberg and Hauser, LLP.

The Court, having considered the papers filed in connection with this motion, the arguments of counsel, and having reviewed the papers and pleadings on file in both of these cases, and the matter having been submitted, the Court finds that these cases concern substantially the same parties, that they share a commonality of both fact and law, and that the consolidation of these cases would result in the avoidance of unnecessary delay, the inconvenience of the court, the parties, and their respective counsel, and prevent different outcomes. The Court further finds that the consolidation of these causes would enure to both the benefit of judicial economy and administration and would not result in any unfair prejudice to any party hereto.

Accordingly, and pursuant to the provisions of Federal Rules of Civil Procedure Rule 42(a), cases C 08-2442 PJH and C 08-3660 PMW are hereby Ordered Consolidated.

**IT IS SO ORDERED.**

Dated:   October 1, 2008

```
                                    _____
                                    Phyllis J. Hamilton
                                    United States District Judge
                                    For the Northern District of California
```

[PROPOSED] CONSOLIDATING CASE NOS. C 08-2442 PJH AND C 08-3660 RMW
C-ONE TECHNOLOGY ET AL -V- MOUNT & STOELKER ET AL
Case No. C 08-2442 PJH
Related Case No. C 08-3660 RMW