UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

C-ONE TECHNOLOGY, et al.,

    Plaintiff(s),                                   No. C 08-2442 PJH

    v.                                                 **JUDGMENT**

MOUNT & STOELKER, P.C., et al.,

    Defendant(s).

_____/

    This action came on for hearing before the court and the issues having been duly heard and the court having granted defendants' motion to dismiss for lack of subject matter jurisdiction,

    it is Ordered and Adjudged

    that the complaint is dismissed with prejudice.

    IT IS SO ORDERED.

Dated: October 3, 2008

_____
PHYLLIS J. HAMILTON
United States District Judge